373 A.2d 458

**COMMONWEALTH of Pennsylvania**

v.

**Donald HUNT, Appellant (two cases).**

Supreme Court of Pennsylvania.

Submitted April 21, 1977.

Decided June 3, 1977.

Roy H. Davis, Drexel Hills, for appellant.

Ralph B. D'Iorio, Asst. Dist. Atty., Chief, Appeals Div., John G. Siegle, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Judgments of sentence affirmed.